# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

v.                                                            CASE NO.: 1:05-MC-018-SPM

**$160,780.00 IN U.S. CURRENCY,**

   **Defendant.**
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court upon the "Notice to the Court" (doc. 6) filed April 18, 2006.  Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot.  The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>nineteenth</u> day of April, 2006.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge

/pao